FILED'06 JUN 05 13:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LEWIS ALLEN SULLIVAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil No. 05-1218-PK |
| v. | ) | |
| | ) | O R D E R |
| JEAN HILL, | ) | |
| | ) | |
| Respondent. | ) | |

Amy Baggio
Assistant Federal Public Defender
101 S. W. Main Street, Suite 1700
Portland, Oregon 97204

    Attorney for Petitioner

Hardy Myers
Attorney General
Lynn David Larsen
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon 97301

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on May 15, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#20).

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (#2) is denied.

DATED this 5th day of June, 2006.

                                        /s/ Garr M. King
                                        GARR M. KING
                                        United States District Judge